Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )
Angela D. Jackson )
)
)
)
)
)
Debtor(s) )

Case Number: 19-06619

Chapter: 13

Honorable Donald R. Cassling

**Order Modifying Plan**

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

  IT IS HEREBY ORDERED that:

  1. That the confirmed plan is modified to provide that the default accruing through November 2022 is hereby deferred.

  2. The the remaining payments under the plan shall be $525.00 per month commencing December 2022 for 7 months.

  3. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:

**Prepared by:**

David Freydin
Law Offices of David Freydin